UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRESNO ROCK TACO LLC, et al., | 1:11-cv-00622-OWW-SKO |
|---|---|
| Plaintiffs, | ORDER RE: EX PARTE APPLICATION (Doc. 18) |
| v. | |
| BEN RODRIGUEZ, et al., | |
| Defendants. | |

On August 9, 2011, the City of Fresno filed an "ex parte application for reconsideration." (Doc. 18). A review of the City's motion reveals it is inappropriate. In order to justify ex parte relief, the evidence must show, *inter alia*, that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures. *E.g., Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

The City's motion shall be designated and calendared as an ordinary civil motion.

IT IS SO ORDERED.

Dated: August 17, 2011        /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

1