# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et. al., | CASE NO. 1:11-cv-00622 LJO SKO |
| Plaintiff, | |
| v. | **ORDER TO FILE JOINT SCHEDULING REPORT OR SHOW CAUSE** |
| BRENDAN RHAMES, et. al., | |
| Defendants. | |

On 4/19/2011, the Court issued an Order Setting Mandatory Scheduling Conference ("Order"). The Order explicitly instructed the parties to prepare a *Joint* Scheduling Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format.

The scheduling conference is set for 10/27/2011. The parties have filed a document titled "Joint Scheduling Report" which is actually two proposed schedules in one document.

In light of the parties' failure to comply with the Court's order, it is ORDERED that the scheduling conference currently set for 10/27/2011, is hereby VACATED and RESET for 11/8/2011, at 10:15 a.m. The parties are to prepare and file **by no later than 11/1/2011**, a *Joint* Scheduling Report containing one proposed schedule or show cause why the Court should not impose sanctions pursuant to Local Rule 110 for failure to comply with an order of this Court.

IT IS SO ORDERED.

**Dated:   October 24, 2011**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

1