# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC; ZONE SPORTS CENTER, LLC; THE FINE IRISHMAN, LLC; MILTON BARBIS; HEIDI BARBIS; and CLAIRE BARBIS, through her Guardian ad Litem HEIDI BARBIS, | 1:11-cv-00622-LJO-SKO<br><br>ORDER APPOINTING GUARDIAN AD LITEM |
| Plaintiffs, | (Docket Nos. 2, 37) |
| v. | |
| BEN RODRIGUEZ; BRENDAN RHAMES; GEORGEANE WHITE; and THE CITY OF FRESNO, | |
| Defendants. | |

On November 10, 2011, Heidi Barbis, the mother of Plaintiff Claire Barbis ("the minor"), filed a petition to be appointed the minor's guardian ad litem.[1]  (Doc. 37.)  Upon consideration of the application, the petition is hereby GRANTED.

IT IS SO ORDERED.

**Dated:   November 14, 2011**                               **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1]  The Court notes that on April 16, 2011, Plaintiffs filed a document labeled in the Court's Case Management/Electronic Case Files as a "motion for certificate of appealability," which was in fact a petition to appoint guardian ad litem.  (Doc. 2.)  On November 10, 2011, Plaintiffs filed the instant motion that renews their petition.

1