1 | Bruce D. Praet SBN 119430
2 | FERGUSON, PRAET & SHERMAN
  | A Professional Corporation
  | 1631 East 18th Street
3 | Santa Ana, California  92705
  | (714) 953-5300 telephone
4 | (714) 953-1143 facsimile
  | Bpraet@aol.com
5 |
6 | Attorneys for Defendants, Brendan Rhames and City of Fresno

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO LLC, a California Limited Liability Corporation, ZONE SPORTS CENTER, LLC, a California Limited Corporation, THE FINE IRISHMAN LLC, a California Limited Liability Corporation LLC, MILTON BARBIS, an individual; HEIDI BARBIS, an individual; HEIDI BARBIS as guardian at litem for CLAIRE BARBIS, a minor, | NO 1:11-CV-00622-LJO (SKO) **ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | **Original Hearing Date:** DATE:  February 11, 2013 TIME:   8:30 a.m. CTRM:  4, 7th Floor |
| vs. | |
| BEN RODRIGUEZ, an individual; BRENDAN RHAMES, an individual; THE CITY OF FRESNO, a California Municipality, and DOES 1-100, inclusively, | **Proposed Hearing Date:** DATE:  February 25, 2013 TIME:   8:30 a.m. CTRM:  4, 7th Floor |
| Defendants. | |

### *COURT REVISED LANGUAGE*

Based on the parties' stipulation and this Court's practice to determine motions without hearings, this Court:

 1. VACATES the February 11, 2013 summary judgment hearing;

 2. ORDERS plaintiffs, no later than February 11, 2013, to file and serve papers to respond to defendants' summary judgment;

1

3. ORDERS defendants, no later than February 18, 2013, to file and serve optional reply papers; and

4. ORDERS the parties not to appear in this Court on February 25, 2013, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   **January 14, 2013**            /s/  **Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE