# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC; ZONE SPORTS CENTER, LLC; THE FINE IRISHMAN, LLC; MILTON BARBIS; HEIDI BARBIS; and CLAIRE BARBIS, through her Guardian ad Litem HEIDI BARBIS,<br><br>  Plaintiffs,<br><br>  v.<br><br>BEN RODRIGUEZ, et al.,<br><br>  Defendants.<br>_____/ | 1:11-cv-00622-SKO<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 81) |

On June 11, 2013, Plaintiffs' counsel submitted a motion seeking a two-day extension of time to file the pre-trial statement currently due on June 19, 2013. (Doc. 81.) The motion for an extension of time is granted, and the parties shall file their joint pre-trial statement **no later than June 21, 2013.** The parties are reminded that the joint pre-trial statement must comply with U.S. District Court for the Eastern District of California Local Rule 281.

The parties are cautioned that no further continuances of time will be granted absent truly good cause, which does not include counsel's calendaring conflicts. The court notes that date for the pre-trial conference and the deadline to submit the joint pre-trial statement have been known to the

1  parties since March 21, 2013. (*See* Doc. 72.)

2      Accordingly, IT IS HEREBY ORDERED that the parties' pre-trial statement shall be filed
3  **no later than 4 p.m. on Friday, June 21, 2013**.

8  IT IS SO ORDERED.

9  **Dated:   June 12, 2013**                                /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE