# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, et al., | Case No. 1:11-cv-00622-SKO |
| Plaintiffs, | **ORDER THAT TRIAL-SETTING CONFERENCE BE HELD ON NOVEMBER 10, 2015** |
| v. | |
| BEN RODRIGUEZ, | **(Doc. 143)** |
| Defendant. | |
| _____/ | |

This case has been stayed pending appeal before the Ninth Circuit. On October 19, 2015, the Ninth Circuit issued an order granting the parties' stipulated request to dismiss the appeal, which served as that court's mandate. (Doc. 141). On October 20, 2015, Plaintiff filed a request for a trial-setting conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of litigation imposed during appellate proceedings is LIFTED.

2. A conference to select dates for the Pre-Trial Conference and Trial is set for November 10, 2015, at 4:00 p.m. in Courtroom 7. Telephonic appearances are APPROVED and ENCOURAGED. All parties wishing to appear

telephonically shall coordinate one conference call to the Court at (559) 499-5790 at the time and date for the conference.

3. The parties shall file a joint report by no later than November 3, 2015, setting forth the parties and claims remaining in the action, an estimated number of days for trial, and proposed dates for a Pre-Trial Conference and Trial, set approximately 6 to 7 weeks apart.

IT IS SO ORDERED.

Dated:   **October 25, 2015**                             **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE