Douglas V. Thornton, Bar #154956
RUMMONDS | THORNTON, LLP
1725 North Fine Avenue
Fresno, California 93727-1616
Telephone (559) 400-8999
Facsimile (559) 492-3385

Robert W. Branch, Bar #154963
William E. McComas, Bar # 261640
THORNTON LAW GROUP, P.C.
1725 North Fine Avenue
Fresno, California 93727-1616
Telephone (559) 400-8999
Facsimile (559) 492-3385

Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, a California limited liability corporation, ZONE SPORTS CENTER, LLC, a California limited liability corporation; THE FINE IRISHMAN, LLC, a California limited liability corporation, HEIDI BARBIS, an individual, MILTON PETER BARBIS, an individual; HEIDI BARBIS as guardian at litem for CLAIRE BARBIS, a minor;<br><br>Plaintiff(s),<br>v.<br><br>BEN RODRIGUEZ, an individual, BRENDAN RHAMES, an individual, GEORGEANNE WHITE, an individual, THE CITY OF FRESNO, a California municipality; and DOES 1-100 inclusively<br><br>Defendant(s). | Case No.: 1:11-cv-00622-SKO<br><br>JOINT STATUS REPORT |

Pursuant to this Court's Order of October 26, 2015, the following is the Joint Status Report submitted by the parties to the pending litigation.

## I. REMAINING PARTIES

A. **Plaintiffs' Contentions.**

   1. The remaining parties to the action are as follows:

      a. Plaintiffs Fresno Rock Taco, LLC, Zone Sports Center, LLC, The Fine Irishmen, LLC, Milton Barbis, Claire Barbis and Heidi Barbis.

      b. Defendant Ben Rodriguez.

**B. Defendant's Contentions.**

Plaintiffs voluntarily dismissed their appeal of the judgment in favor of defendants City of Fresno and Brendan Rhames. (ECF 141). Therefore, the Court's determination of the remaining parties in the July 2, 2013 Pretrial Order (ECF 89), which predated the appeal, is still effective.

The remaining parties in this action, as determined by the Court, are as follows:

1. Plaintiffs Zone Sports Center, LLC and Claire Barbis. (*See* ECF 89, 11:6-8).
2. Defendant Benjamin Rodriguez.

## II. REMAINING CLAIMS

**A. Plaintiffs' Contentions.**

1. First Cause of Action for 4th Amendment violation – Search and Seizure – all plaintiffs against Rodriguez.

2. Second Cause of Action for 14th Amendment – Due Process – all plaintiffs against Rodriguez.

3. Third Cause of Action for Monell claim – dismissed with prejudice.

4. Plaintiffs intend to seek leave to amend their first amended complaint and the existing pretrial order to add a cause of action for Prospective Business Advantage – all plaintiffs against Rodriguez.

5. Plaintiffs intend to seek leave to amend their first amended complaint and the existing pretrial order to add a cause of action for Interference with Contractual Relationship – all plaintiffs against Rodriguez.

6. Plaintiffs intend to seek leave to amend their first amended complaint and the existing pretrial order to add a cause of action for violation of California Civil Code section 52.1 – all plaintiffs against Rodriguez.

**B. Defendant's Contentions.**

Plaintiff's claims are restricted to the First Claim for Relief under 42 U.S.C. § 1983 for Fourth Amendment violations arising from search and seizure. (*See* ECF 89, 11:6-18).

Plaintiffs have no claims under the Fourteenth Amendment as pleaded in their Second Claim for Relief because their claims of illegal search and seizure are addressed by the Fourth Amendment, and thus the generalized guide of the Fourteenth Amendment for due process is not the applicable standard. *Albright v. Oliver*, 510 U.S. 266, 273 (1994); *Larson v. Neimi*, 9 F.3d 1397, 1401 (9th Cir. 1993). (*See* ECF 89, 11:3-4 and ECF 64:11:3-12:13[1]). Plaintiff's Third Claim for Relief under *Monell* was only pleaded against defendant City of Fresno and never applied to defendant Rodriguez.[2]

Plaintiffs' First Amended Complaint, ECF 9, alleges only three claims for relief and never alleges any claims for Prospective Business Advantage or for Interference with Contractual Relationship against any party. Defendant will vigorously oppose any motion to amend the complaint in this case. The action was filed on April 16, 2011, which was over 4 ½ years ago. Plaintiff's First Amended Complaint has been the operative pleading in this case since it was filed on May 18, 2011. Discovery is complete and there has already been a pretrial conference and pretrial order, none of which contemplated any state law causes of action.

## III. ANTICIPATED DAYS OF TRIAL

The parties estimate trial will take 10-15 trial days.

## IV. PROPOSED DATES FOR TRIAL

The parties agree that trial should occur between the dates of August 15, 2016 and September 30, 2016, as the Court's schedule will accommodate. The scheduling conference to be scheduled six to seven weeks prior to the scheduled trial date.

## V. TELEPHONIC APPEARANCE

All parties will appear telephonically. Defendant's attorneys' office will initiate the conference call to the Court at (559) 499-5790.

---

[1] Order on Defendants' Rhames' and City of Fresno's Motion for Summary Judgment.
[2] First Amended Complaint, ECF 9, 12:20-23.

1 | Dated: November 3, 2015

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Stephen C. Pass*

STEPHEN C. PASS
Deputy Attorney General
*Attorneys for Defendant Benjamin Rodriguez*

Dated: November 3, 2015

RUMMONDS | THORNTON, LLP

By: */s/ Douglas V. Thornton*

Douglas V. Thornton
Attorneys for Plaintiffs Fresno Rock Taco, LLC, Zone Sports Center, LLC, The Fine Irishmen, LLC, Milton Barbis, Claire Barbis and Heidi Barbis

SA2011301620
32271785

## CERTIFICATE OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1725 N. Fine Avenue, Fresno, California 93717.

On November ___, 2015, I served the document(s) described as: **JOINT STATUS REPORT** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

| | |
|---|---|
| Bruce Daniel Praet<br>Ferguson Praet and Sherman<br>1631 E. 18th Street<br>Santa Ana, CA 92705-7101 | Michael L. Bean<br>Smith Smith & Feeley LLP<br>16330 Bake Parkway<br>Irvine, CA 92618 |
| Sean Daniel Cooney<br>John V. Hager<br>Hager Dowling Lim & Slack<br>319 E. Carrillo<br>Santa Barbara, CA 93101 | Peter Anthony Meshot<br>Stephen Charles Pass<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814 |
| Arthur A. Small, Esq.<br>7540 Shoreline Drive, Ste C<br>Stockton, CA 95219 | Victoria C. Geary<br>State Board of Equalization<br>450 N Street, MIC: 82<br>Sacramento, CA 95814 |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2015, at Fresno, California.

_C. Reed_
Christy Reed