1 | Douglas V. Thornton, Bar #154956
RUMMONDS | THORNTON | LAPCEVIC, LLP
2 | 1725 North Fine Avenue
Fresno, California  93727-1616
3 | Telephone (559) 400-8999
Facsimile (559) 492-3385
4 |

5 | Robert W. Branch, Bar #154963
William E. McComas, Bar # 261640
6 | THORNTON LAW GROUP, P.C.
1725 North Fine Avenue
7 | Fresno, California  93727-1616
Telephone (559) 400-8999
8 | Facsimile (559) 492-3385

9 | Attorney for: Plaintiffs

10 | **UNITED STATES DISTRICT COURT**

11 | **EASTERN DISTRICT OF CALIFORNIA**

12 |

| | |
|---|---|
| FRESNO ROCK TACO LLC, a California Limited Liability corporation; ZONE SPORTS CENTER, LLC, a California Limited Liability corporation THE FINE IRISHMAN LLC, a California Limited Liability corporation MILTON BARBIS, an individual; HEIDI BARBIS, an individual; HEIDI BARBIS as guardian at litem for CLAIRE BARBIS, a minor;<br><br>                    Plaintiffs,<br>          v.<br><br>BEN RODRIGUEZ, an individual; BRENDAN RHAMES, an individual; GEORGEANNE WHITE, an individual; THE CITY OF FRESNO, a California municipality; and DOES 1-100 inclusively<br><br>                    Defendants. | Case No.: 1:11-cv-00622-SKO<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

///

///

///

00033485.v1

1    TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that effective October 29, 2015, Rummonds | Thornton,

3    LLP's name has changed to Rummonds | Thornton | Lapcevic, LLP. The firm's contact

4    information will remain the same.

5

6

7    Dated:  _November 30_ , 2015          RUMMONDS | THORNTON |
                                            LAPCEVIC, LLP
8

9
                                            _____
10                                          Douglas V. Thornton, Attorneys for
                                            Plaintiffs
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1

2

3        I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1725 N. Fine Avenue, Fresno, California 93717.

4        On November 30, 2015, I served the document(s) described as: **NOTICE OF CHANGE OF FIRM NAME** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

5

6    Bruce Daniel Praet                          Michael L. Bean
     Ferguson Praet and Sherman                  Smith Smith & Feeley LLP
7    1631 E. 18th Street                         16330 Bake Parkway
     Santa Ana, CA 92705-7101                    Irvine, CA 92618
8

9    Victoria C. Geary                           Peter Anthony Meshot
     State Board of Equalization                 Stephen Charles Pass
10   450 N Street, MIC: 82                       Office of the Attorney General
     Sacramento, CA 95814                        1300 I Street
11                                               Sacramento, CA 95814

12

13   Arthur A. Small, Esq.
     7540 Shoreline Drive, Ste C
14   Stockton, CA 95219

15

16   ☒   **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

17

18

19   ☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

20

21       Executed on November 30, 2015, at Fresno, California.

22                                               C. Reed
                                                 _____
23                                               Christy Reed

24

25

26

27

28