1  Douglas V. Thornton, Bar #154956
   RUMMONDS | THORNTON | LAPCEVIC, LLP
2  1725 North Fine Avenue
   Fresno, California 93727-1616
3  Telephone (559) 400-8999
   Facsimile (559) 492-3385
4

5  Robert W. Branch, Bar #154963
   William E. McComas, Bar # 261640
6  THORNTON LAW GROUP, P.C.
   1725 North Fine Avenue
7  Fresno, California 93727-1616
   Telephone (559) 400-8999
8  Facsimile (559) 492-3385

9  Attorney for: Plaintiffs

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12 | FRESNO ROCK TACO LLC, a California Limited Liability corporation; ZONE SPORTS CENTER, LLC, a California Limited Liability corporation THE FINE IRISHMAN LLC, a California Limited Liability corporation; MILTON BARBIS, an individual; HEIDI BARBIS, an individual; HEIDI BARBIS as guardian at litem for CLAIRE BARBIS, a minor; | Case No.: 1:11-cv-00622-SKO |
|---|---|
| | **DECLARATION OF MILTON BARBIS IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER AND/OR PRETRIAL ORDER TO ALLOW PLAINTIFF TO DESIGNATE EXPERT TESTIMONY** |
| Plaintiffs, v. | |
| BEN RODRIGUEZ, an individual; BRENDAN RHAMES, an individual; GEORGEANNE WHITE, an individual; THE CITY OF FRESNO, a California municipality; and DOES 1-100 inclusively | |
| Defendants. | |

00034151.v1

1

Declaration of Milton Barbis in Support of Plaintiffs' Motion to Amend Scheduling Order and/or Pretrial Order to Allow Plaintiff to Designate Expert Testimony

I, Milton Barbis, declare:

1. I am a resident of Fresno, California. I make the following declaration of my own personal knowledge, and if called upon to testify, could and would competently testify thereto.

2. I am one of the investors and managing member of Zone Sports, LLC (the "**Zone**"). The Zone was formed in 2004 for the purpose of developing Granite Park. (the "**Development**").

3. The status of the Development in early May of 2009 was as follows: (a) there were five (5) buildings constructed all of which were 100% leased out; (b) there was one additional building under construction which was 100% leased out; (c) a hotel pad and a fast food pad had been sold to third parties; (d) the Zone was completing a forbearance agreement with the lender and had a commitment from GE capital to refinance two of the buildings for $12,500,000; and (e) the appraisal on the Development was Forty Million Dollars ($40,000,000).

4. On or about May 27, 2009, the State of California, through its employee and agent Ben Rodriguez ("**Rodriguez**") caused a search warrant to be served on the Zone, inter alia, and the Development. The search warrant was carried out by over fifty (50) officers (the "**Raid**"). During the Raid, all of my business and financial records as well as the records of the Zone and other businesses I was associated with were seized. To this date they have never been returned. Thus, the State and Rodriguez, have all of the business and financial records including all of the computer and sales records.

5. As a direct result of the Raid and the publicity that the people in charge of the Raid performed, the Zone suffered great damages including, killing financing for the Development, killing financing for tenants, customers stayed away from the site and businesses at the remaining open businesses dropped up to 80% directly due to the raid.

6. Although I can testify as to the general damages caused by the raid, it would be difficult for me to testify to the specific damages and future lost income as Dr.

00034151.v1

2

Declaration of Milton Barbis in Support of Plaintiffs' Motion to Amend Scheduling Order and/or Pretrial Order to Allow Plaintiff to Designate Expert Testimony

Barbara Luna, the Zone's proposed damages expert, who did a complete study on the specific damages would be better suited to testify as an expert.

7. I retained Barbara Luna as an expert in a related case of the Zone, et. al. v. National to testify on the issue of damages that the Zone suffered due to a bad faith denial of the Zone's insurance claim. I also retained her to testify for the Zone, inter alia, in this matter.

8. For reasons that I cannot explain, the Zone's attorney, Richard Hamlish failed to inform the Zone, or any of its owners, of the deadline to designate expert witnesses in this action. It is my understanding that the deadline to designate experts in this matter was November 9, 2012. At that time I was declared disabled by a Judge with the State of California and under a physician's care for Severe Post Traumatic Stress Disorder and Uncontrolled Obsessive Compulsive Disorder due to the fact of the Raid on my business and family and also that I had lost my entire life's work due to the raid and my insurance company's refusal to honor the Zone's insurance claim. If I would have been at complete mental health I am confident that I would have been more involved in the case at that time and would have made sure that the deadline was not missed.

9. Unfortunately, at that time I had complete trust in Richard Hamlish as my attorney and believed that he was competent and would protect my interests. It was not until the Fall of 2014 that I began to appreciate the mistakes that he was making in providing attorney services to the Zone and in personal matters that I had. It was not until November 2015 that I discovered that Richard Hamlish failed to designate an expert in this case even though I had retained an expert for him to use.

10. I am not aware of any circumstances that would suggest that Richard Hamlish failed to designate experts was done on purpose or in bad faith. I believe based upon my years of working with Richard Hamlish this error occurred as a result of his lack of organization skills.

00034151.v1

3

Declaration of Milton Barbis in Support of Plaintiffs' Motion to Amend Scheduling Order and/or Pretrial Order to Allow Plaintiff to Designate Expert Testimony

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 4th day of December, 2015, at Fresno, California.

/s/Milton Barbis
Milton Barbis

00034151.v1

4

Declaration of Milton Barbis in Support of Plaintiffs' Motion to Amend Scheduling Order and/or Pretrial Order to Allow Plaintiff to Designate Expert Testimony

# CERTIFICATE OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1725 N. Fine Avenue, Fresno, California 93717.

On December 4, 2015, I served the document(s) described as: **PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER AND/OR PRETRIAL ORDER TO ALLOW PLAINTIFF TO DESIGNATE EXPERT TESTIMONY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

Bruce Daniel Praet
Ferguson Praet and Sherman
1631 E. 18th Street
Santa Ana, CA 92705-7101

Michael L. Bean
Smith Smith & Feeley LLP
16330 Bake Parkway
Irvine, CA 92618

Victoria C. Geary
State Board of Equalization
450 N Street, MIC: 82
Sacramento, CA 95814

Peter Anthony Meshot
Stephen Charles Pass
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

Arthur A. Small, Esq.
7540 Shoreline Drive, Ste C
Stockton, CA 95219

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2015, at Fresno, California.

/s/Christy Reed
Christy Reed

00034151.v1

5

Declaration of Milton Barbis in Support of Plaintiffs' Motion to Amend Scheduling Order and/or Pretrial Order to Allow Plaintiff to Designate Expert Testimony