Douglas V. Thornton, Bar #154956
RUMMONDS | THORNTON | LAPCEVIC, LLP
1725 North Fine Avenue
Fresno, California 93727-1616
Telephone (559) 400-8999
Facsimile (559) 492-3385

Robert W. Branch, Bar #154963
William E. McComas, Bar # 261640
THORNTON LAW GROUP, P.C.
1725 North Fine Avenue
Fresno, California 93727-1616
Telephone (559) 400-8999
Facsimile (559) 492-3385

Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO LLC, a California Limited Liability corporation; ZONE SPORTS CENTER, LLC, a California Limited Liability corporation THE FINE IRISHMAN LLC, a California Limited Liability corporation; MILTON BARBIS, an individual; HEIDI BARBIS, an individual; HEIDI BARBIS as guardian at litem for CLAIRE BARBIS, a minor;<br><br>              Plaintiffs,<br>v.<br><br>BEN RODRIGUEZ, an individual; BRENDAN RHAMES, an individual; GEORGEANNE WHITE, an individual; THE CITY OF FRESNO, a California municipality; and DOES 1-100 inclusively<br><br>              Defendants. | Case No.: 1:11-cv-00622-SKO<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Law Firm Rummonds | Thornton | Lapcevic, LLP,

3  hereby disassociates as counsel, in the above-entitled matter.

5                                      /s/Douglas V. Thornton
                                      Douglas V. Thornton

## CERTIFICATE OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1725 N. Fine Avenue, Fresno, California 93717.

On April 14, 2016, I served the document(s) described as: **NOTICE OF DISASSOCIATION OF COUNSEL** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

Bruce Daniel Praet
Ferguson Praet and Sherman
1631 E. 18th Street
Santa Ana, CA 92705-7101

Michael L. Bean
Smith Smith & Feeley LLP
16330 Bake Parkway
Irvine, CA 92618

Victoria C. Geary
State Board of Equalization
450 N Street, MIC: 82
Sacramento, CA 95814

Peter Anthony Meshot
Stephen Charles Pass
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

Arthur A. Small, Esq.
7540 Shoreline Drive, Ste C
Stockton, CA 95219

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2016, at Fresno, California.

                                              /s/Christy Reed
                                              Christy Reed