*Fresno Rock Taco, LLC, et al. vs. Rodriguez*
Case No. 1:11-cv-00622 SKO
Page **1** of **3**

## PRETRIAL CONFERENCE STATEMENT
## DEFENDANT'S <u>AMENDED</u> EXHIBIT SCHEDULE

| EXHIBIT # | PAGES | DESCRIPTION |
|---|---|---|
| A | | Search Warrant and Affidavit |
| B | | Return to Search Warrant |
| C | AG106-3421 | Rodriguez Pre-Search Investigative File[1] |
| D | | Brendan Rhames investigation file (Exhibit 2 to Rhames Deposition). |
| E | | DVD audio of Alex Costa 3/2/2009 interview. |
| F | | CD audio disc of Barbis Residence Search. |
| G | | First Amended Complaint for Damages, USDC-ED (Fresno) Case 1:11-cv-00622 (Document 9). |
| H | | Order and Decision in *Brown vs. High Speed Development, LLC* for wages. |
| I | | Complaint for Damages, USDC-ED (Fresno) 1:10-cv-01833-AWI SMS (Document 1). |
| J | | Declaration of Milton Barbis, USDC-ED (Fresno) Case 1:10-cv-01833-AWI SMS (Document 27-1). |
| K | | Paul Binder interview notes. |
| L | | Roger Brown interview notes. |
| M | | Nick Ditto interview notes. |
| N | | Sara Borjas interview notes. |
| O | | Alex Costa interview notes |
| P | | John Montgomery interview notes |

---

[1] Defendant expects to further mark multiple sub-exhibits in Exhibit C to facilitate the presentation of evidence at trial. The sub-exhibits will be marked at the time of the exchange of exhibits.

# EXHIBIT B-2

Case 1:11-cv-00622-SKO   Document 162   Filed 06/22/16   Page 2 of 3

*Fresno Rock Taco, LLC, et al. vs. Rodriguez*
Case No. 1:11-cv-00622 SKO
Page **2** of **3**

**PRETRIAL CONFERENCE STATEMENT**
**DEFENDANT'S <u>AMENDED</u> EXHIBIT SCHEDULE**

| | | |
|---|---|---|
| Q | | Michelle McBroom interview notes |
| R | | Robert Taul interview notes |
| S | | Kevin Keogh interview notes |
| T | | Jacob Uribe interview notes |
| U | | Barbis Bankruptcy Petition |
| V | | Benjamin Bankruptcy Petition |
| W | | Young Bankruptcy Petition |
| X | | Heidi Barbis Decl. (MSJ) |
| Y | | First Amended Complaint, Fresno Superior Court Case # 14 CECG 02683 (Barbis, et al v. Costa) |
| Z | | Complaint, Fresno Superior Court Case # 10 CDCG 04071 (Zone Sports Center v. Brown) |
| AA | | Notice of Lien (Costa), ECF 158—Order Sustaining Demurrer to 1st Am. Complaint (Superior Court Case # 14 CECG 02683 (Barbis, et al v. Costa))and Order and Judgment of Dismissal. |
| BB | | Rodriguez Business Organization Chart. |
| CC | | Rodriguez Bank Account Chart |
| DD | | Rodriguez Repeating Phone Numbers and Address Chart |
| EE[2] | | National Surety Verdict |
| FF[3] | | National Surety Judgment |

---

[2] The use of this exhibit would be limited to show possible double recovery for any damages award in the present case.

[3] The use of this exhibit would be limited to show possible double recovery for any damages award in the present case.

<div style="text-align: center; font-size: large;">EXHIBIT B-2</div>

Case 1:11-cv-00622-SKO   Document 162   Filed 06/22/16   Page 3 of 3

*Fresno Rock Taco, LLC, et al. vs. Rodriguez*
Case No. 1:11-cv-00622 SKO
Page **3** of **3**

**PRETRIAL CONFERENCE STATEMENT**
**DEFENDANT'S <u>AMENDED</u> EXHIBIT SCHEDULE**

| GG | | Transcript: Examination Under Oath—Milton Barbis, October 29, 2009. |
|---|---|---|
| | | |
| | | |

    Defendant reserves the right to offer additional exhibits for impeachment purposes and for good cause.  These include depositions and trial testimony from related action Fresno Rock Taco, LLC v. National Surety Corporation, USDC-ED Case No. 1:11-CV-00845-SKO.


SA2011301620
32510585.doc

# EXHIBIT B-2