Kamala D. Harris, State Bar No. 146672
Attorney General of California
Peter A. Meshot, State Bar No. 117061
Supervising Deputy Attorney General
Stephen C. Pass, State Bar No. 131179
Deputy Attorney General
  1300 I Street, Suite 125
  PO Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-2558
  Fax: (916) 322-8288
  E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendant Benjamin Rodriguez*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claire Barbis, by and through her guardian ad litem Heidi Barbis,<br><br>    Plaintiff,<br><br>    v.<br><br>Benjamin Rodriguez,<br><br>    Defendant. | Case No. 1:11-cv-00622-SKO<br><br>**STIPULATION AND ORDER TO ALLOW TRIAL TESTIMONY OF PERCIPIENT WITNESSES BY VIDEO RECORDED DEPOSITION**<br><br>Trial Date: September 13, 2016<br>Courtroom: 7<br>Judge: The Hon. Sheila K. Oberto |

All parties, through their respective counsel of record, hereby stipulate, and request this court to order than non-parties California Department of Insurance ("DOI") Detective Dennis Pensinger and former California Employment Development Department ("EDD") Investigator Debra Misquez be allowed to testify at trial by video-recorded deposition for the following reasons:

1.    Trial in this matter is scheduled to begin on September 13, 2015, and is expected to last from 7-12 court days.

2.    DOI Detective Dennis Pensinger is a percipient witness to some of the events of the incident which is the subject of this lawsuit. Specifically, he was present at the search of 2536 W. Stuart Avenue, Fresno, California, 93711, pursuant to the disputed search warrant in this matter.

3. Defendant intends to call Det. Pensinger as a witness to provide percipient witness testimony during the trial of this matter.

4. Det. Pensinger has advised that he is retiring, effective early August 2016 and that he will be unavailable for trial as he plans to move out of state. He has advised that he is available for a video recorded deposition before August 18, 2016.

5. The parties have agreed to conduct a video recorded deposition of Det. Pensinger's trial testimony before August 18, 2016, at a mutually agreeable date and location in Fresno, California. Defendant will subpoena Det. Pensinger to appear and will notice the deposition pursuant to this stipulation. Defendant will also obtain a court reporter and videographer for the proceeding and will provide Plaintiff with copies of the written transcript and of the video recording of the deposition for use at trial at Defendant's expense.

6. Defendant intends to call Ms. Misquez, who provided information to Det. Rodriguez which he used in preparing the disputed search warrant, as a witness to provide percipient witness testimony during the trial of this matter. She is listed on Plaintiff's trial witness list.

7. Ms. Misquez has retired from EDD and has advised that she will be unavailable for trial as she is traveling out of the country on September 21, 2016.

8. The parties have agreed to conduct a video recorded deposition of Ms. Misquez's trial testimony on or before September 2, 2016, at a mutually agreeable date and location in Sacramento, California. Defendant will subpoena Ms. Misquez to appear and will notice the deposition pursuant to this stipulation. Defendant will also obtain a court reporter and videographer for the proceeding and will provide Plaintiff with copies of the written transcript and of the video recording of the deposition for use at trial at Defendant's expense.

9. The parties further agree that Det. Pensinger's and Ms. Misquez's video recorded testimony at the depositions will be admissible at trial as an exception to the hearsay rule pursuant to Fed. R. Evid. 804(b)(1) when offered by any party. All other objections are expressly reserved. Form objections normally required to be interposed during a deposition or waived must be interposed during these depositions or waived.

...

1  SO STIPULATED

2

3  Dated: July 19, 2016                    Respectfully submitted,
                                            Kamala D. Harris
4                                           Attorney General of California
                                            Peter A. Meshot
5                                           Supervising Deputy Attorney General
                                            */s/ Stephen C. Pass*
6                                           Deputy Attorney General
                                            *Attorneys for Defendant Benjamin Rodriguez*
7

8  Dated: July 19, 2016                    THORNTON LAW GROUP
                                            By: */s/ Douglas V. Thornton*
9                                           *Attorneys for Plaintiffs Zone Sports Center, LLC, and*
                                            *Claire Barbis*
10

11

12                                          **ORDER**

13       Pursuant to the parties' stipulation, the parties may take the video recorded depositions of

14  non-party witnesses Detective Dennis Pensinger and former California EDD Investigator Debra

15  Misquez before trial in order to obtain their trial testimony due to their unavailability for trial.

16  Defendant will subpoena both witnesses for deposition at a time mutually agreeable to the parties.

17  Defendant will obtain court reporters and videographers for the proceedings and will provide

18  Plaintiff with copies of the written transcripts and of the video recording of the deposition at

19  Defendant's expense. Det. Pensinger's and Ms. Misquez's testimony at the depositions will be

20  admissible at trial as an exception to the hearsay rule pursuant to Fed. R. Evid. 804(b)(1) when

21  offered by any party. All other objections are reserved. Form objections normally required to be

22  interposed during a deposition or waived must be interposed during these depositions or waived.

23

24  IT IS SO ORDERED.

25  Dated:  **August 1, 2016**                    /s/ *Sheila K. Oberto*
26                                                UNITED STATES MAGISTRATE JUDGE

27

28

3