**FILED**

**JUDGMENT ENTERED**

_____
            **Date**
by _____A. Timken_____
                    **Deputy Clerk**
      **U.S. District Court**
**Eastern District of California**
__**XX**____ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*


ZONE SPORTS CENTER, LLC, et al.,

        Plaintiffs,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:11-CV-00622 SKO

BEN RODRIGUEZ,

        Defendant.

_____/


        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that

        JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT BEN RODRIGUEZ IN ACCORDANCE WITH THE JURY VERDICT RENDERED OCTOBER 20, 2016.


DATED:  10/20/2016

                            MARIANNE MATHERLY, Clerk

                            /S/ Alice Timken
                    By:
                            Deputy Clerk