# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONE SPORTS CENTER, LLC, a California limited liability corporation; HEIDI BARBIS, as guardian ad litem for CLAIRE BARBIS, a minor,<br><br>              Plaintiffs,<br><br>    v.<br><br>BEN RODRIGUEZ, an individual,<br><br>              Defendant.<br>_____/ | Case No.  1:11-cv-00622-SKO<br><br>**ORDER** |

Following a jury trial and verdict for Defendant, the Court entered judgment in favor of Defendant on October 21, 2016.  (Doc. 301.)  Subsequently, the parties filed a stipulation in which "Plaintiffs . . . waive[d] the right to file post trial motions and relevant appeal and Defendant waive[d] any claim to his attorneys' fees and agree[d] to withdraw" the bill of costs he filed on October 31, 2016.  (Doc. 303.)  This matter is thus resolved.  Accordingly, the Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **November 2, 2016**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE